No. 89–7240. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 89–7265. SCHUBERT v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied. 

No. 89–7267. CANTRELL v. KELLEY, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 89–7301. DEWILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–7310. DUGAN v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 89–7317. TELK v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–7318. YOUNG v. SMITH ET AL. C. A. 2d Cir. Certiorari denied. 

No. 89–7327. KINLOCH v. BRADY, SECRETARY OF THE TREASURY. C. A. 6th Cir. Certiorari denied. 

No. 89–7369. COVINGTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7379. COLBERT v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 89–7385. EGAN v. SOWDERS, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 89–7391. PEOPLES v. GRAYSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 89–7396. LAFRAUGH v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 89–7398. FOSTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.